IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WILLIE WORLEY, JR.,
        Plaintiff,
    v.                              **Judgment in a Civil Case**
DANNY STANLEY; ROBERT T. MAY;
MR. PEARSON,
        Defendants.               Case Number: 5:09-CT-3175-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 4, 2012, with service on:
Willie Worley, Jr. 0453523, Bertie Correctional Institution, P.O. Box 129, Windsor, NC 27983 (via U.S. Mail)
Lisa Y. Harper (via CM/ECF Notice of Electronic Filing)

January 4, 2012                            /s/ Dennis P. Iavarone
                                                     Clerk

Raleigh, North Carolina